

**ORDERED in the Southern District of Florida on July 08, 2010.**

Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

FABIAN L. STEPHEN AKA FABIANI
STEPHEN

                                  CASE NO. 10-20260-RBR
                                  CHAPTER 7

    Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY IN FAVOR OF CREDITOR, U.S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY**

This case came on for consideration of the Motion For Relief From The Automatic Stay filed by Movant, U.S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, on June 14, 2010, Docket No. 18. The Motion has been served upon the parties of interest pursuant to Local Rule 4001-1-(c). The Court having considered said Motion and Debtor's Response to Motion (DE: 23) and being otherwise fully advised in the premises. Accordingly, it is

ORDERED AS FOLLOWS:

1. The Motion For Relief From Stay is granted.

2. The automatic stay is terminated to permit Movant ("U.S. BANK, N.A., SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY") to prosecute a mortgage foreclosure action in state court against real property, the legal description of which is:

**A PORTION OF PARCEL A, "LAND SECTION 6 - NORTH", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 153, PAGE 20, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF PARCEL A, AS SHOWN ON SAID PLAT; THENCE SOUTH 03 DEGREES 43`37" WEST FOR A DISTANCE OF 441.50 FEET; THENCE SOUTH 00 DEGREES 58`50" EAST FOR A DISTANCE OF 125.00 FEET TO THE POINT OF BEGINNING; THENCE SOUTH 00 DEGREES 58`50" EAST FOR A DISTANCE OF 15.00 FEET; THENCE SOUTH 89 DEGREES 01`10" WEST FOR A DISTANCE OF 90.49 FEET ALONG THE PROLONGATION OF THE CENTERLINE OF A PARTY WALL TO A POINT ON A CURVE, SAID POINT BEARS NORTH 84 DEGREES 42`17" WEST TO THE RADIUS POINT OF THE NEXT DESCRIBED CURVE; THENCE NORTHEASTERLY ALONG A CIRCULAR CURVE TO THE LEFT, HAVING A RADIUS OF 749.00 FEET, A CENTRAL ANGLE OF 01 DEGREES 09` 11" FOR AN ARC DISTANCE OF 15.07 FEET; THENCE NORTH 89 DEGREES 01`10" EAST FOR A DISTANCE OF 88.99 FEET ALONG THE PROLONGATION OF THE CENTERLINE OF A PARTY WALL TO THE POINT OF BEGINNING.**

**a/k/a 8004 SANIBEL DRIVE, BUILDING 43 UNIT 348, TAMARAC, FL 33321**

; and

3. The Order Granting Modification of Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and permitting Movant to offer and provide debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtor(s), and allowing Movant any other remedies the Movant may have under applicable non-bankruptcy law provided, that the Movant shall not seek or obtain an *in personam* judgment against the Debtor(s).

4. If Debtor converts this case to another chapter then the relief granted herein will survive any such conversion and Debtor will not be allowed to include Movant in the Chapter 13 Plan.

###

This order is submitted by DOUGLAS C. ZAHM, P.A., 12425 28th Street North, Suite 200, St. Petersburg, FL 33716, Telephone No. (727) 536-4911, Fax No. (727) 539-1094, dcz@dczahm.com, Carol A. Lawson, attorney for movant.

Douglas C. Zahm, P.A., attorney for movant is directed to serve copies of this order on the parties listed and file a certificate of service.

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

FABIAN L. STEPHEN, PRO SE
AKA FABIANI STEPHEN
8004 SANIBEL DR
TAMARAC, FL 33321

KENNETH A. WELT, TRUSTEE
8255 W. SUNRISE BLVD., #140
PLANTATION, FL 33322

FT. LAUDERDALE DIVISION
U.S. BANKRUPTCY TRUSTEE
51 S.W. FIRST AVENUE, SUITE 1204
MIAMI, FL 33130